**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

UNITED STATES OF AMERICA

-vs-

JAMES DERISMA

Case No. 2:09-cr-64-FtM-29SPC

_____

# ORDER

This Cause is before the Court upon the Defendant's Motion to Determine Mental Competency of Defendant (Doc. #69) filed on March 22, 2010. The Motion was referred from the District Court regarding the matter of a competency determination. Defense Counsel indicates the Defendant suffers from a mental disease or defect caused by a physical disease. Counsel further states that reasonable cause exists to believe the Defendant is mentally incompetent to the extent he is unable to understand the nature and consequences of the proceedings against him. Defense counsel is requesting a psychological evaluation. The Government does not object to the relief requested. The Court finds that an independent evaluation of the Defendant is appropriate. Therefore,

**IT IS ORDERED**:

The Defendant's Motion to Determine Mental Competency of Defendant (Doc. #69) is **GRANTED**.

1) The Court finds that there is reason to believe that an examination of the Defendant is necessary and proper in order to determine if Defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature

and consequences of the proceedings against him or to assist properly in his defense pursuant to 18 U.S.C.§4241.

2) Pursuant to 18 U.S.C. §4247(b), the Defendant shall be examined forthwith for the purpose of an examination under 18 U.S.C. §4241.

3) Said examination should determine Defendant's present competency to stand trial, which shall include his ability to understand the nature and consequences of the proceedings against him and his ability to assist properly in his defense. In making this determination, the examiner shall specifically include in the report the following items:

        a. The Defendant's history and present symptoms;

        b. A description of the psychiatric, psychological, and medical tests that were employed and their results;

        c. The examiner's findings;

        d. The examiner's opinions as to diagnosis, prognosis, whether the Defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense, and whether the Defendant is suffering from a mental disease or defect which would cause the Defendant to pose a danger to himself or any other person.

        e. With regard to item d, the examiner shall answer the following additional questions:

                1. Does the Defendant have present sufficient ability to consult with his counsel with a reasonable degree of rational understanding; and

2. Does the Defendant have a rational, as well as factual understanding of the proceedings against him?

4) The United States Marshal for this District shall transport the Defendant to the nearest federal facility with the capability of such examination. Upon completion of the examination, the Marshal shall return the Defendant to the Middle District of Florida for further proceedings.

5) Upon completion of this examination, the examiner shall prepare a written report which includes the answers to the above questions and furnish it to the Honorable Sheri Polster Chappell, United States Magistrate Judge, U.S. Courthouse and Federal Building, 2110 First Street, Fort Myers, Florida 33901, with copies to Tama Calderone, Assistant United States Attorney, U.S. Courthouse and Federal Building, 2110 First Street, Fort Myers, Florida 33901, and David Brener, Esq., 2133 Main Street, Fort Myers, Florida 33901.

6) The Department of Justice shall be responsible for payment of the services rendered in accordance with this Order.

**DONE** and **ORDERED** in Fort Myers, Florida on this ___14th___ day of April, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Marshal
United States Attorney - Tama Calderone
United States Pretrial Services Office
Counsel for Defendant - David Brener, Esq.
Courtroom Deputy (Mag. & Dist. Ct.)