**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

UNITED STATES OF AMERICA

-vs-                                                            Case No.: 2:09-cr-64-FtM-29SPC

JAMES DERISMA

_____

## ORDER

This matter comes before the Court on the Amended Motion to Declare Defendant Indigent for Mental Health Costs (Doc. #77) filed on March 10, 2010. Defense counsel seeks to have the Court declare the Defendant indigent as it pertains to the mental health costs incurred. Counsel argues that the Court had authorized the appointment of Dr. Alan J. Waldman and he must be compensated for travel, document review, evaluation, consultation with Counsel, and testimony. Counsel requests a $15,000 cap.

Upon review, the Court notes a Competency Hearing has been set before the Honorable John E. Steele on May 20, 2010. It is anticipated that some of the issues raised in this request may be resolved and the necessity for Dr. Alan J. Waldman to travel to court to testify may not be necessary. Therefore, the Court will deny the request at this time with leave of counsel to re-file the motion at a later date with factually accurate data as to actual compensation.

Accordingly, it is now **ORDERED:**

Amended Motion to Declare Defendant Indigent for Mental Health Costs (Doc. #77) is **DENIED without prejudice.**

**DONE AND ORDERED** at Fort Myers, Florida, this . 17th    day of May, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record