UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

-vs-                                                              Case No.:  2:09-cr-64-FtM-99SPC

JAMES DERISMA

_____

**ORDER**

This matter comes before the Court on the Motion to Seal Defendant's Discovery Disclosure (Doc. #129) filed on March 23, 2011.  Defense Counsel moves the Court for permission to file under seal discovery documents that pertain to the Defendant's medical, psychological and psychiatric reports.  As these reports contain private and confidential information, the Court will grant the Defendant's request.

Accordingly, it is now

**ORDERED:**

The Motion to Seal Defendant's Discovery Disclosure (Doc. #129) is **GRANTED**.

**DONE AND ORDERED** at Fort Myers, Florida, this __31st__ day of March, 2011.

*(signature)*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record