UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 2:09-CR-64-FTM

JAMES DERISMA
_____

### ORDER

This matter comes before the Court on the government's motion to unseal the transcript relating to the testimony of Dr. Hyman Eisenstein, Ph.D., as presented during the Competency Hearing held on April 22, 2011, May 25, 2011, and May 26, 2011. Upon review of the docket and for good cause shown, the court will unseal the transcript only to the extent that the government is permitted to obtain a copy. Accordingly, it is now

**ORDERED:**

The United States is permitted to obtain a copy of the transcript in the instant case. The transcript will otherwise remain under seal.

**DONE AND ORDERED** in Chambers at Fort Myers, Florida, this 12th day of February, 2019.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to: Jesus M. Casas, AUSA, Chief Fort Myers Division