UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                                  CASE NO. 2:09-cr-64-JES-UAM

JAMES DERISMA

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO:   ANY UNITED STATES MARSHAL; and

Sheriff, of the Lee County Jail

It appearing from the petition of the United States of America that the defendant in the above case, James Derisma, is confined in the Lee County Jail at Fort Myers, Florida, and that this case is pending an initial appearance as to said defendant in Fort Myers, Florida, and that it is necessary for the said defendant to be before this Court for said proceeding:

NOW, THEREFORE, this is to command you, any United States Marshal, that you have the body of the said James Derisma now detained in custody as aforesaid, under safe and secure conduct, before this Court at Fort Myers, Florida, by on or about November 28, 2022, or thereafter, for an initial appearance on a supervised release violation pending against him in this cause.

And this is to command you, Sheriff, of the Lee County Jail, to deliver into custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of the said defendant for safe and secure conduct to this District for the purpose aforesaid.

FURTHERMORE, this is to command you, any United States Marshal, that upon completion of all further proceedings in this case that you return James Derisma, with all convenient speed, under safe and secure conduct to the custody of the Sheriff, of the Lee County Jail.

DONE and ORDERED at Fort Myers, Florida, this  21st  day of November, 2022.

_____
KYLE C. DUDEK
United States Magistrate Judge